### SHELDON v. COUNTY OF LITCHFIELD.

An action at law will not lie against a county, but a petition on the statute.

ACTION on a protested order, drawn by the County Court upon the county treasurer, in favor of the plaintiff.    Demurrer to the declaration, on the ground that an action at common law will not lie against the county; but that the plaintiff's remedy is by petition to the County Court, agreeable to the statute respecting prisoners escaping through the insufficiency of the gaol.

Judgment — That the declaration is insufficient.